```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 30539
    EMILIO MENDEZ
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2058


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/10/2008 and was not confirmed.

     The case was dismissed without confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI   NOT FILED            .00           .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI   NOT FILED            .00           .00
HSBC BANK USA             CURRENT MORTG         .00            .00           .00
HSBC BANK USA             SECURED NOT I   20189.54             .00           .00
US BANK NATIONAL ASSOCIA  CURRENT MORTG         .00            .00           .00
US BANK NATIONAL ASSOCIA  SECURED NOT I   26727.83             .00           .00
AMERICAS SERVICING CO     CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING CO     SECURED NOT I    4920.16             .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------        --------------
TOTALS                          .00                   .00




                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 30539 EMILIO MENDEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 30539 EMILIO MENDEZ